**STATE of Maine**

v.

**Robert GODING.**

Supreme Judicial Court of Maine.

Submitted on Briefs April 29, 1987.
Decided May 6, 1987.

William Anderson, Dist. Atty., James Diehl, Asst. Dist. Atty., Rockland, for plaintiff.

Frederick Newcomb, III, Rockland, for defendant.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

Robert Goding appeals from a judgment following a jury-waived trial in the Superior Court, Knox County, finding him guilty of assault on an officer while lawfully incarcerated in the Maine State Prison, 17–A M.R.S.A. § 752–A (1983 & Supp.1986). Goding challenges the court's determination that he did not act in self-defense in using force against a prison officer. The record in this case adequately supports the court's findings.

The entry is:

Judgment affirmed.

All concurring.